FITZSIMMONS *v.* BOARD OF CANVASSERS OF DETROIT.

CONTEMPT—JURISDICTION.

> A contempt proceeding against a party who disregarded an order of the circuit court after it had been affirmed on appeal, and while it retained the original papers, should be initiated in that court.

*Certiorari* to Wayne; Frazer, Carpenter, and Hosmer, JJ.

*Mandamus* by Thomas W. Fitzsimmons to compel the board of canvassers of the city of Detroit to issue to relator a certificate of election as justice of the peace. An order granting the writ was affirmed in the Supreme Court, on *certiorari*, December 14, 1898, without the filing of a written opinion. Subsequently relator applied to the Supreme Court for a contempt order against the board of canvassers, who had disregarded the order of the circuit court, and issued a certificate of election to Fred E. DeGaw. Petition dismissed December 28, 1898.

*Charles W. Casgrain* and *Charles B. Warren* (*Jasper C. Gates*, of counsel), for relator.

PER CURIAM. The order or judgment brought into this court by *certiorari* was simply affirmed. The rules adopted after the amendment to the Constitution in 1893 prescribe the method for bringing this class of *mandamus* cases to this court. The original papers are in the court below. We are of the opinion that the proceeding is still in that court, and that further steps in the case, if necessary, must be initiated there. That court has jurisdiction of the case, and the contempt proceeding must be there instituted.